# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

145546

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MAJOR BENJAMIN BROUGHTON,
        Defendant-Appellant.

SC: 145546
COA: 308288
St Joseph CC: 10-016317-FH

_____/

   On order of the Court, the application for leave to appeal the June 1, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

t1015